**Deberry WILLIAMS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27132.

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of burglary; the penalty assessed is confinement in the state penitentiary for a term of six years.

The notice of appeal found in the transcript consists only of a docket entry thereof. It is the well-recognized law in this state that notice of appeal must be given in open court and entered on the minutes of the court. Merely a notation on the court's docket is not sufficient. See Clark v. State, Tex.Cr.App., 218 S.W.2d 210, and many cases there cited.

In the absence of a proper notice of appeal in the record, this court is without jurisdiction to consider the appeal. It is therefore dismissed.